■ SOUTH MALL CONSTRUCTORS, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 62250.) — Appeal from an order of the Court of Claims (Murray, J.), entered January 4, 1983, which denied the State's motion for summary judgment on the eighteenth cause of action of the claim. Order affirmed, without costs, on the opinion of Judge Edward M. Murray of the Court of Claims. Mahoney, P. J., Main, Casey and Levine, JJ., concur; Weiss, J., not taking part.

■ PAUL S. EBEN, an Infant, by MARGARET LILES, His Parent, Respondent, v WARREN VAN TASSEL et al., Appellants. — Appeal from an order of the Supreme Court at Special Term (Viscardi, J.), entered March 21, 1983 in Washington County, which granted plaintiff's motion for summary judgment on the issue of liability and directed an assessment of damages. Order affirmed, with costs, on the opinion of Justice Dominick J. Viscardi at Special Term. Sweeney, J. P., Main, Casey, Mikoll and Levine, JJ., concur.